UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

_____

**JANET HOYT,**
     **Plaintiff,**

**v.**

                          **CASE NO. 6:16-CV-1502-ORL-41KRS**

**HOUCORP, INC.,**
**d/b/a McDonald's #6837,**
     **Defendant.**

_____/

### JOINT NOTICE OF PENDING SETTLEMENT

Plaintiff, JANET HOYT, and Defendant, HOUCORP, INC., by and through their undersigned counsel and pursuant to Local Rule 3.08(a) and this Court's Order dated August 23, 2016 (Doc. 5), hereby give notice that the Parties have reached an agreement to settle this matter and state:

1.      The Parties are in the process of finalizing the settlement documents.

2.      It is anticipated counsel for the Parties will file a Joint Stipulation for Dismissal with Prejudice with the Court within the next thirty-five (35) days.

<table>
<tr>
<td>

/s/ *Kristyne E. Kennedy*
**Kristyne E. Kennedy, Esquire**
Florida Bar No. 0194700
Cole, Scott & Kissane, P.A.
Tower Place, Suite 750
1900 Summit Tower Boulevard
Orlando, FL 32810
Phone: (321) 972-0000
Fax: (321) 972-0099
email: kristyne.kennedy@csklegal.com

*Attorney for Defendant*

</td>
<td>

/s/ *Jason S. Weiss*
**Jason S. Weiss**
Florida Bar No. 356890
Weiss Law Group, P.A.
5531 N. University Drive
Suite 103
Coral Springs, FL 33067
Phone:  (954) 573-2800
Fax: (954) 573-2798
email: Jason@jswlawyer.com

*Attorney for Plaintiff*

</td>
</tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>11th</u> day of October 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System, which will send a notice of electronic filing to all counsel of record.

<u>***s/ Kristyne E. Kennedy***</u>
**Kristyne E. Kennedy, Esq**

\\orl-file\orldoc\160930_0003\[3962563] notice of settlement.docx